

**FILED**

10/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0475

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0475

_____

PAMELA JO POLEJEWSKI,

      Plaintiff and Appellant,

v.

STATE OF MONTANA and TYLER FRIES,

      Defendants and Appellees.

O R D E R

_____

Appellant Pamela Jo Polejewsli has filed a motion for extension of time to file her opening brief. Good cause appearing,

IT IS HEREBY ORDERED that Appellant has until December 15, 2023, to file her opening brief.

DATED this ⟨23⟩ day of October, 2023.

For the Court,

_____
Chief Justice